UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs                              Case No:   19-60200-CR-MORENO

ALI AHMED, ET AL
    Defendant.

## ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED INDICTMENT.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the INDICTMENT be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this _19th_ day of July, 2019.

                                                  LURANA S. SNOW
                                                  UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record