UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60200-CR-MORENO

UNITED STATES OF AMERICA

v.

ALI AHMED,

        Defendant.
_____/

## FACTUAL BASIS IN SUPPORT OF PLEA

The United States hereby files this factual basis in support of the change of plea of defendant Ali Ahmed. In support thereof, the government asserts the following facts:

Medi MD, LLC. (Medi MD) was a Florida corporation, located at 7950 SW 30th Street, Suite 200, Davie, Florida. Medi MD was a substance abuse treatment center licensed with the Florida Department of Children and Families that purportedly provided private insurance beneficiaries with substance abuse treatments and services.

Defendant Ali Ahmed was a resident of Broward County, Treasurer of Jacob's Well, Director of Operations for Medi MD, and co-owner of Jacob's Well, Medi MD, and Arnica Health.

Co-defendant Sebastian Ahmed was a resident of Broward County and Palm Beach County, and Chief Executive Officer and co-owner of Jacob's Well, Medi MD, and Arnica Health.

Co-defendant Defendant Hector Efrain Alvarez was a resident of Broward County and Clinical Director of Medi MD.

Co-defendant Mauren Morel was a resident of Broward, Clinical Director and co-owner of Jacob's Well.

Ali Ahmed, Sebastian Ahmed, and Mauren Morel submitted and caused others to submit, via interstate wire communications, approximately $1,693,276 in claims which falsely and fraudulently represented that various health care benefits, primarily substance abuse PHP, IOP, and OP services, were medically necessary, prescribed by a doctor, and provided by Jacob's Well to insurance beneficiaries of Aetna, BCBS, Cigna and UHC.

As a result of such false and fraudulent claims, Aetna, BCBS, Cigna, and UHC made payments to the corporate bank accounts of Jacob's Well in the approximate amount of $320,301.

Ali Ahmed, Sebastian Ahmed, and Hector Efrain Alvarez submitted and caused others to submit, via interstate wire communications, approximately $21,899,439 in claims which falsely and fraudulently represented that various health care benefits, primarily substance abuse PHP, IOP, and OP services, were medically necessary, prescribed by a doctor, and provided by Medi MD to insurance beneficiaries of Aetna, BCBS, Cigna, Humana and UHC.

As a result of such false and fraudulent claims, Aetna, BCBS, Cigna, Humana and UHC made payments to the corporate bank accounts of Medi MD in the approximate amount of $3,884,035.

Ali Ahmed, Sebastian Ahmed, Hector Efrain Alvarez, and Mauren Morel used the proceeds of the health care fraud for their personal use and benefit, the use and benefit of others and to further the fraud scheme.

The above-described facts serve only as a summary of the testimony were this case to proceed to trial and are not intended to be an exhaustive account of all the information available to the Government concerning the offenses charged in the Indictment. In addition, the defendant and his counsel agree that the above-stated facts are true and correct.

Date: 11/13/2019

By: _____
CHRISTOPHER J. CLARK
ASSISTANT U.S. ATTORNEY

Date: 11/13/2019

By: _____
LISA H. MILLER
ASSISTANT U.S. ATTORNEY

Date: 11/13/2019

By: _____
BRADLEY HORNSTEIN, ESQ.
ATTORNEY FOR DEFENDANT

Date: 11.12.2019

By: _____
ALI AHMED
DEFENDANT