UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-60200-MORENO

UNITED STATES OF AMERICA

v.

ALI AHMED,

Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States of America (the "United States") for entry of a Preliminary Order of Forfeiture against Defendant Ali Ahmed (the "Defendant"). Being fully advised in the premises and based on the United States' Unopposed Motion for Preliminary Order of Forfeiture, the record in this matter, and for good cause shown thereby, the Court finds as follows:

On July 11, 2019, a federal grand jury returned an Indictment charging the Defendant in Count 1 with conspiracy to commit health care fraud and wire fraud in violation of 18 U.S.C. § 1349, among other counts. Indictment, ECF No. 1. The Indictment also contained forfeiture allegations, which alleged that upon conviction of a violation of 18 U.S.C. § 1349, the Defendant shall forfeit any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the offense, pursuant to 18 U.S.C. § 982(a)(7). *See id.* at Pg. 15. The Indictment alleged that the property subject to forfeiture as a result of the alleged offenses includes:

    i. the sum of at least $3,688,986.91 in United States currency, which amount is equal to the gross proceeds traceable to the commission of the violations alleged in this Indictment, which the United States will seek as a forfeiture money judgment as part of the defendant's sentence;

    ii. Real property located at 3021 NE 55th Place Fort Lauderdale, Florida 33308;

    iii. All funds on deposit in account number 989095464135 held at Bank of America in the name of Medi MD LLC;

    iv. All funds on deposit in account number 898220517 held at JP Morgan Chase Bank in the name of Medi MD LLC;

    v. All funds on deposit in account number 3726601959 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management; and

    vi. All funds on deposit in account number 990553422 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management.

*See id.* at Pg. 15-16.

On November 13, 2019, the Court accepted the Defendant's guilty plea to Count 1 of the Indictment. *See* Minute Entry, ECF No. 83; Plea Agreement ECF No. 88 at ¶ 1, Pg. 1. As part of the guilty plea, the Defendant agreed to the forfeiture of the assets listed above and the entry of a forfeiture money judgment in the amount of $3,884,035.00 in U.S. currency. Plea Agreement ECF No. 88 at ¶¶ 9-12, Pg. 4-6.

In support of the guilty plea, the Defendant executed a Factual Proffer, and the Court found that there was a factual basis to support the Defendant's conviction. *See* Factual Proffer, ECF No. 89. The Factual Proffer also provided a basis for the forfeiture of certain property. *See id.* at Pg. 2.

As set forth in the Factual Proffer, the Defendant was the co-owner of Jacob's Well, Medi MD LLC, and Anrica Health. Factual Proffer, ECF No. 89 at Pg. 1. The Defendant and his coconspirators caused fraudulent claims to be submitted to private health insurance companies that falsely represented that various health care benefits were medically necessary, prescribed by a doctor, and provided by Jacob's Well, Medi MD LLC, and Arnica Health. *See id.* at Pg. 2. As a

result of such fraudulent claims, Aetna, Blue Cross Blue Shield of Florida, Cigna, Humana, and United Health Care made payments to the corporate bank accounts of Medi MD LLC in the approximately amount of $3,884,035.00. *See id.*

Based on the record in this case, the total value of the gross proceeds traceable to the offense of conviction is $3,884,035.00 in U.S. currency, which sum may be sought as a forfeiture money judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. In addition, also based on the record in this case, including the declaration of Special Agent Kristin Bailey of the Federal Bureau of Investigation in support of the United States' Motion for Preliminary Order of Forfeiture, the following assets are subject to forfeiture, pursuant to 18 U.S.C. § 982(a)(7):

    i. Real property located at 3021 NE 55th Place Fort Lauderdale, Florida 33308;

    ii. All funds on deposit in account number 989095464135 held at Bank of America in the name of Medi MD LLC;

    iii. All funds on deposit in account number 898220517 held at JP Morgan Chase Bank in the name of Medi MD LLC;

    iv. All funds on deposit in account number 3726601959 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management; and

    v. All funds on deposit in account number 990553422 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management.

**THEREFORE**, the United States' Unopposed Motion for Preliminary Order of Forfeiture is **GRANTED**, and it is hereby **ORDERED** that:

1. Pursuant to 18 U.S.C. § 982(a)(7) and Rule 32.2 of the Federal Rules of Criminal Procedure, a forfeiture money judgment in the amount of $3,884,035.00 in U.S. currency is hereby entered against the Defendant.

2. Pursuant to 18 U.S.C. § 982(a)(7), the following specific property is hereby

forfeited and vested in the United States of America:

    i. Real property located at 3021 NE 55th Place Fort Lauderdale, Florida 33308 including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

    Also known as: LOT 38, BLOCK 12, OF THE LANDINGS FIRST SECTION, ACCORDING TO THE PLAY THEREOF, AS RECORDED IN PLAT BLOOK 56, PAGE 4, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

    Parcel Identification No. 4942 13 12 0490;

    ii. All funds on deposit in account number 989095464135 held at Bank of America in the name of Medi MD LLC;

    iii. All funds on deposit in account number 898220517 held at JP Morgan Chase Bank in the name of Medi MD LLC;

    iv. All funds on deposit in account number 3726601959 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management; and

    v. All funds on deposit in account number 990553422 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management.

3. Any duly authorized law enforcement agency may seize and take possession of the forfeited property according to law.

4. The United States shall send and publish notice of the forfeiture in accordance with Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n).

5. The United States is authorized to conduct any discovery necessary in identifying, locating, or disposing of forfeited property, and to resolve any third-party petition, pursuant to Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

6. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

7.      The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

It is further **ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture as to the property in which all interests will be addressed. Upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of actual notice, whichever is earlier, then, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(7), this Order shall become a Final Order of Forfeiture and any duly authorized law enforcement agency shall dispose of the property in accordance with applicable law.

**DONE AND ORDERED** in Miami, Florida, this 12th day of ~~January~~ February 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc: AUSA Nicole Grosnoff (2 certified copies)
All Counsel of Record