# PARTIAL RESTATEMENT OF THE
# AL AHMED IRREVOCABLE FAMILY TRUST
# DATED OCTOBER 9, 2018

THE UNDERSIGNED, ALTAF AHMED, as Settlor and NAZISH AHMED, as Successor Trustee, hereby confirm the following update to the Trust:

1. As provided under Article IX of the Trust, and due to the resignation of Sebastian I. Ahmed, as Trustee, concurrent with the execution of this Partial Restatement of the Trust, the following has occurred: (i) a Declination to Serve as Trustee of the Trust has been executed by the undersigned, Altaf Ahmed; and (ii) due to the expected marriage between the life Beneficiary, Ali Ahmed and Ashlyn Lee Little having never occurred, the appointment of Nazish Ahmed as the alternate Successor Trustee becomes Effective.

2. Concurrent with the execution of the Resignation of Sebastian I. Ahmed as Trustee of the Trust and the Declination to Serve as Trustee of the Trust by Altaf Ahmed, Nazish Ahmed has executed the Acceptance of Appointment as Trustee of the Trust, effective immediately.

3. Executed copies of the Resignation of Sebastian I. Ahmed, as Trustee of the Trust, Declaration to Serve as Trustee of the Trust, executed by Altaf Ahmed, and Acceptance of Appointment as Trustee of the Trust, as executed by Nazish Ahmed, are attached hereto and incorporated herein by reference.

THE UNDERSIGNED have hereunto executed this Partial Restatement of the Trust as of the \_\_16\_\_ day of December, 2019.

_____
Altaf Ahmed, Settlor

_____
Nazish Ahmed, Successor Trustee

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was executed on this \_\_16\_\_ day of December, 2019, by Altaf Ahmed, as Settlor, who is [ ] personally known to me, or who [✓] produced a driver's license as identification. FL. ID Card.

_____
Notary Public
My Commission Expires:

> SCHELOMITH ANDRE
> Notary Public - State of Florida
> Commission # GG 330280
> My Comm. Expires May 12, 2023
> Bonded through National Notary Assn.

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was executed on this \_\_16\_\_ day of December, 2019, by Nazish Ahmed, as Successor Trustee, who is [ ] personally known to me, or who [✓] produced a driver's license as identification.
GEORGIA DRIVER'S LICENSE
# 058012156

_____
Notary Public
My Commission Expires: JULY 18, 2021

> LUZ MARIA GOMEZ DE SALAZAR
> State of Florida-Notary Public
> Commission # GG 125772
> My Commission Expires
> July 18, 2021

Page **2** of **2**

## DECLINATION TO SERVE AS TRUSTEE OF THE AL AHMED IRREVOCABLE FAMILY TRUST DATED OCTOBER 9, 2018

**ALTAF AHMED** hereby declines to accept the position of Trustee of the AL AHMED IRREVOCABLE FAMILY TRUST DATED OCTOBER 9, 2018.

_____
Altaf Ahmed

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing was acknowledged before me this __16__ day of December, 2019, by Altaf Ahmed, who is [ ] personally known to me; or who [✓] produced a driver's license as identification. FLA Cond.

_____
Notary Public
My Commission Expires:   (SEAL)

SCHELOMITH ANDRE
Notary Public - State of Florida
Commission # GG 330280
My Comm. Expires May 12, 2023
Bonded through National Notary Assn.

## ACCEPTANCE OF APPOINTMENT AS TRUSTEE OF
## THE AL AHMED IRREVOCABLE
## FAMILY TRUST DATED OCTOBER 9, 2018

I, NAZISH AHMED, hereby accept my appointment as Successor Trustee of the Al Ahmed Irrevocable Family Trust Dated October 9, 2018 (the "'Trust") pursuant to Article IX of the Trust, and shall, effective immediately, serve as Trustee now that Sebastian I. Ahmed, has resigned as Trustee, and Altaf Ahmed has declined to serve.

_____
Nazish Ahmed

STATE OF ~~GEORGIA~~ FLORIDA
COUNTY OF __BROWARD__

The foregoing was acknowledged before me this __16__ day of December, 2019, by Nazish Ahmed, who is [ ] personally known to me; or who [✓] produced a driver's license as identification.

GEORGIA DRIVER'S LICENSE
# 058012156

_____
Notary Public
My Commission Expires:   (SEAL)

```
LUZ MARIA GOMEZ DE SALAZAR
State of Florida-Notary Public
Commission # GG 125772
My Commission Expires
July 18, 2021
```