Prepared by:

Walter L. Morgan, Esq.
Morgan, Olsen & Olsen, LLP
633 S. Federal Highway, #400A
Fort Lauderdale, FL 33301

Property Folio Number: 4942 13 12 0490

# Warranty Deed

This Indenture, Made this 5th day of October, 2018, between

**JONATHAN W. SMALL and PAULA R. SMALL, his wife,**

whose post office address is 6511 Bay Club Drive, #2, Fort Lauderdale, FL 33308, grantor, and

**SEBASTIAN I. AHMED, TRUSTEE OF THE AL AHMED IRREVOCABLE FAMILY TRUST U/A/D OCTOBER 9, 2018,** with full power and authority either to protect, conserve and to sell, or to lease, or to encumber, or otherwise to manage and dispose of the real property described below. Any Successor Trustee is vested with the same powers as the Trustee named hereinabove, whose post office address is 3021 NE 55th Place, Fort Lauderdale, FL 33308, grantee.

*"grantor" and "grantee" are used for singular or plural, as context requires

WITNESSETH: That said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold, to the said grantee, and grantee's heirs and assigns forever, the following-described land, situate, lying and being in Broward County, Florida, to-wit:

LOT 38, BLOCK 12, OF THE LANDINGS FIRST SECTION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 56, PAGE 4, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

SUBJECT TO RESTRICTIONS, RESERVATIONS AND LIMITATIONS OF RECORD, IF ANY, AND TAXES FOR THE YEAR 2018, AND SUBSEQUENT YEARS.

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining. To Have and to Hold the same in fee simple forever, and said grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

1

IN WITNESS WHEREOF, grantor has hereunto set grantor's hand and seal the day and year first above written.

Witnesses:

_Law Duerr_
Signature of Witness
LAURIE DUERR
Print Name of Witness

_Paula Haiko_
Signature of Witness
Paula Haiko
Print Name of Witness

_Jonathan W. Small_
Jonathan W. Small

_Paula R. Small_
Paula R. Small

STATE OF FLORIDA

COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this _5th_ day of October, 2018, by Jonathan W. Small and Paula R. Small, his wife, who [ ] are personally known to me or who [X] produced driver's licenses as identification.

_Paula Haiko_
Notary Public
Print Name: _____
                                         (Seal)
My Commission Expires:



PAULA HAIKO
Commission # GG 096003
Expires August 16, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

2