# GHULAM HUSSAIN BOZDAR M.A., LLBe

Advocate High Court | Corporate & Real Estate Law

# PROMISSORY NOTE

___Ali Ahmed___ agrees to promises to pay ___Altaf Ahmed___ the sum of $ ___218,658.00___ Dollars for value received, calculated as of October 30, 2015 as follows: Approximately $169,184 (the "Loan Principal" plus $49,474 (the "Accumulated Interest."

If this note is in default and is placed for collection, ___Ali Ahmed___ shall pay all reasonable costs of collection and attorney's fees.

_____
**Altaf Ahmed**
**Lender**

_____
**Ali Ahmed**
**Borrower**

Sworn and subscribed to me on _____

_____
NOTARY PUBLIC
My Commission Expires _____

SHABANA SALEEM
NOTARY PUBLIC
Advocate High Court Karachi
30/10/2015

[Seal: SHABANA SALEEM NOTARY PUBLIC]

*Street No. 1, Shop 5 | Al-Wasya Town (Rehmat Msjclj) | Korangi-Crossing, Karachi, Pakistan*
*Email: ghlmhussain@gmail.com |*

1

## ADDENDUM
## LOAN AND PRIORITY AGREEMENT WITH ALI AHMED

**THIS ADDENDUM** is made on this 3rd day of January, 2017 to the **LOAN AGREEMENT,** and to the **PRIORITY AGREEMENT WITH ALI AHMED** (collectively the "Loan Repayment Agreement") first entered on the 30th of October, 2015 by and between:

**Dr. Shahida Ahmad and Altaf Ahmed**, located at address:

1232 NW 141 Ave, Pembroke Pines, FL 33028.

(the "Lenders" or "Parents");

**AND:**   **Ali Ahmed,** located at address:

1232 NW 141 Ave, Pembroke Pines, FL 33028.

(the "Borrower" or "Employee");

**AND:**   **Sebastian Ahmed CPA LLC, and**

**AdAscent Media LLC, and Serenity Ranch Recovery, LLC, and**

**Sebastian Ahmed** located at address:

7950 SW 30th Street, Suite 201, Davie, FL 33328

(Collectively the "Employer" or Guarantor);

hereinafter referred to as the "Parties."

**WHEREAS**, the Parties have conducted transactions under the Loan Repayment Agreement since 2015 and now wish to implement certain changes as follows:
1. Serenity Ranch Recovery, LLC is added as Employer;
2. Addresses for the Parties are revised;
3. The principal amount is revised to $303,126.00.
4. *Approximately $260,424 (the "Loan Principal") plus $42,702 (the "additional Interest")*
5. Any additional amounts withdrawn by the Borrower will be subject to the same terms.

So agreed to on this **3rd** day of **January, 2017**.

| Altaf Ahmed / Dr. S Ahmad | Ali Ahmed | Sebastian Ahmed |
|---|---|---|
| **Lender** | **Borrower** | **Employer** |

**GUARANTORS:** Sebastian Ahmed CPA, LLC _____

SEBASTIAN AHMED
*I have the authority to bind the Corporation.*

2

## PRIORITY AGREEMENT WITH ALI AHMED

**THIS AGREEMENT** dated October 30, 2015.

**AMONG:**

    **Dr. Shahida Ahmad and Lt. Cdr. (Rtrd) Altaf Ahmed**, located at address:
    1232 NW 141 Ave, Pembroke Pines, FL 33028.
    (the "Lenders" or "Parents")

**AND:**    **Ali Ahmed,** located at address:
    1232 NW 141 Ave, Pembroke Pines, FL 33028.
    (the "Borrower" or "Employee")

**AND:**    **Sebastian Ahmed CPA LLC, and**
    **AdAscent Media LLC, and**
    **Sebastian Ahmed** located at address:
    1955 1st Ave, Apt. 732, New York, NY 10029
    (Collectively the "Employer")



**WHEREAS:**

A. The Borrower has agreed to pay to the Lenders the sum of approximately US$ 218,658.00 (the "Loan Amount") calculated as of October 30, 2015 as follows:

*Approximately $169,184 (the "Loan Principal") plus $49,474 (the "Accumulated Interest")*

At the sole discretion of the **Lenders**, the Borrower has granted or agreed to grant to the **Lenders** a registered security interest, in all of the Borrower's present and after-acquired personal assets and income, and such other security as **Lenders** may from time to time receive from the Borrower to secure present and future debts and obligations of the Borrower to **Lenders** (the "**Ahmed Family Security**");

B. The Borrower has agreed to grant to the **Employer** the right to withhold, deduct, or reduce all present and future Salaries and Commissions due to the Borrower in the amount of the Loan amount due to the Lenders and directly pay the Lenders the sum of $218,658 plus any additional interest as owed by the Borrower;

C. The parties hereto have agreed to enter into this agreement in order to set out the respective priorities of the **Ahmed Family Security** on the personal income of the Borrower from all entities owned by the **Employer**;

3

**NOW THEREFORE** in consideration of the premises and other good and valuable consideration, the parties hereto covenant and agree as follows:

### ARTICLE 1 - INTERPRETATION

1.01   The preamble hereto forms an integral part of this Agreement.

1.02   In this Agreement, the following terms shall have the following meanings:

(a)   "Salary or Commissions" means all earnings received from the Employer, accounts, claims, demands, monies in action which are now or which may at any time hereafter be due, owing to or accruing due to the Borrower, together with all records, documents, papers and electronically recorded data and any other documents or information of any kind which in any way evidences or relates to any or all of the said accounts, claims, demands, and monies provided that the term "Salary or Commissions" herein shall not include any proceeds from the sale, disposition or realization of the personal property of the Borrower.

### ARTICLE 2 - COVENANTS OF THE BORROWER

2.01   The Borrower hereby confirms to and agrees with the Lender that so long as any of the indebtedness of the Borrower to the Lender remains outstanding, it shall remain employed full-time, and stand possessed of its assets so charged for the Lender in accordance with their respective interests and priorities as herein set out.

### ARTICLE 3 - GENERAL

3.01   Lender agrees that it will not transfer or assign any of its security from the Borrower without first obtaining from the proposed assignee or transferee an agreement to be bound by the provisions of this Agreement.

3.02   Prior to making any demand for payment on the Borrower or proceeding to enforce its security, the Lender, as the case may be, shall provide notice of such demand or enforcement to the other of them, provided, however, that neither shall be liable for any accidental omission to provide the said notice.

3.03   Any notice required or permitted to be given pursuant to this Agreement shall be in writing and shall be addressed and delivered to the parties hereto as follows:

for the Lenders:

Dr. Shahida Ahmad and Altaf Ahmed
**1.   1232 NW 141 Ave, Pembroke Pines, FL 33028**



1

2. **B21 Block Q, North Nazimabad, Karachi, Pakistan**

Attention: Altaf Ahmed

for the Borrower:
**1232 NW 141 Ave, Pembroke Pines, FL 33028.**

Attention:  Al Ahmed

3.04   Each of the Borrower, and the Lender shall do, perform, execute and deliver all acts, deeds and documents as may be necessary from time to time to give full force and effect to the interests of this Agreement.

3.06   This Agreement may be executed in several counterparts, each of which when so executed shall be deemed to be an original and such counterparts together shall constitute one and the same instrument and shall be effective as of the formal date hereof.

3.07   This Agreement shall enure to the benefit of and be binding upon the parties hereto and their respective successors and assigns.

3.08   This Agreement shall be governed by and construed in accordance with the laws of the Country and State in which the **Lender** is located as described on page 1.

**WHEREOF** the parties hereto have executed this Agreement under the hand(s) of their duly authorized officer(s) on the date first above written.

**ALTAF AHMED and Dr Shahida Ahmad**
**(Lenders)**

Per: _[signature]_        _[signature]_
      **Altaf Ahmed**     **Dr. Shahida Ahmad**

**ALI AHMED.**
**(Borrower)**

Per: _[signature]_
    **Ali Ahmed**

**SEBASTIAN AHMED**
**(Employer)**

Per: _[signature]_          ATTESTED
**Sebastian Ahmed**

SHABANA SALEEM
NOTARY PUBLIC
Advocate High Court Karachi
30/10/2015

2

5

**Ahmed Family Investments**
**Altaf Ahmed – Principal**
**B21 Block Q |North Nazimabad, Karachi, Pakistan**

## *PARTIAL LOAN DISCHARGE LETTER*

November 29, 2018

To:

Mr. Ali Ahmed, VP

113 S Monroe Street, Tallahassee, FL 33328

**Re:**   Loan Agreement with Ali Ahmed as of October 30, 2015

I act for Mr. Altaf Ahmed (the "Lender") with respect to the above-noted Loan Agreement with Ali Ahmed (the "LOAN") and understand that you act for yourself ("Al Ahmed" or the "Borrower").

In response to your request for a Discharge Document as of **October 30, 2018**, for the Partial Discharge for the Loan referenced above in order to discharge the Loan in Part on October 9, 2018.

The amounts payable to Altaf Ahmed or Ahmed Family Investments Accounts on behalf of the Lender in order to discharge the Loan as of October 1, 2018 are as follows:

| | |
|---|---|
| Principal Amount as of January 3, 2017 | $ 303,189.00 |
| Revised Principal and Interest as of October 1, 2018 | $404,614.00 |
| Lender Discharge Administrative & Legal Fee | $2450.00 |
| Total payable to "Lender" as of October 1, 2018 | **$407,064.00** |

ATTESTED

SHABANA SALEEM
NOTARY PUBLIC
Advocate High Court, Karachi.

29/11/2018

6

**Ahmed Family Investments**
**Altaf Ahmed – Principal**
**B21 Block Q |North Nazimabad, Karachi, Pakistan**

Page 2

| | |
|---|---|
| Loan Partial Discharge Amount October 9, 2018: | $325,000.00 |
| **Total Discharge Amount:** | **$325,000.00** |
| **Remaining Balance:** | **$82,064.00** |

_____  _____         _____
Altaf Ahmed      Dr. Shahida Ahmad             Ali Ahmed
**Lender**                                    **Borrower**

Sworn and subscribed to me on _____

_____
NOTARY PUBLIC
My Commission Expires _____

ATTESTED
SHABANA SALEEM
NOTARY PUBLIC
Advocate High Court, Karachi
29/11/2018