# GHULAM HUSSAIN BOZDAR M.A., LLBe
Advocate High Court | Corporate & Real Estate Law

## PROMISSORY NOTE

_____Sebastian Ahmed_____ agrees to promises to pay _____Altaf Ahmed_____ the sum of $ _____500,000.00_____ Dollars for value received, with interest at the annual rate of __16__ % payable after _____01/03/2017_____.

If this note is in default and is placed for collection, _____Sebastian Ahmed_____ shall pay all reasonable costs of collection and attorney's fees.

_____
Altaf   Ahmed
**Lender**

_____
Sebastian Ahmed
**Borrower**

ATTESTED
IN WITNESS WHEREOF the parties have hereunto set their hands and seals.

ABU TALIB MOOSA MEMON
Advocate & Notary Public
SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF

_____
Witness

*Street No. I, Shop 5 | Al-Wasya Town (Rehmat Msjclj | Korangi-Crossing, Karachi, Pakistan*
*Email: ghlmhussain@gmail.com | Phone: +92-301-2102541*

1

## Loan and Investment Agreement

**THIS LOAN AND INVESTMENT AGREEMENT** ("Agreement") is made on the 23rd of February, 2016 by and between Altaf Ahmed Joseph ("Altaf Ahmed" or "Lender") and Sebastian Ahmed ("Borrower"), hereinafter referred to as the "Parties."

**WHEREAS**, the Parties have had on-going discussions regarding loan amounts for the purposes of specific and general investment opportunities;

**WHEREAS**, the Parties came to a meeting of the minds on or about February 14, 2016 and now wish to memorialize that agreement in writing;

**WHEREAS**, the Parties agree that Lender shall loan to Borrower an amount of approximately $450,000.00 (the "Loan Amount" or the "Investment") for the purposes of opportunistic, Business, and Real Estate Investment;

**WHEREAS**, the Borrower shall pay back the amount of $450,000.00 with an annual interest amount of 16% (the "Return on Investment" or "ROI") to Lender no later than February 28, 2018;

**WHEREAS**, any real estate acquired through said investment shall remain primarily titled in the name of the Borrower for the purpose of management and control, and the Lender shall earn a 5% fee from the rent on the properties acquired by this investment on an annual basis, along with the ROI on any gain upon sale of the properties, contingent upon those properties being placed on the market and successfully gaining rental income for the benefit of the parties;

**WHEREAS**, the Parties may modify this Agreement in writing, provided that the interests of the tenants in said properties is not negatively impacted.

So agreed to on this __23rd__ day of February, 2016.

_____                    _____
Altaf Ahmed                                  Sebastian Ahmed
**Lender**                                   **Borrower**

Sworn and subscribed to me on 2/23/16        Sworn and subscribed to me on 2/23/16

_____                    _____
NOTARY PUBLIC                                NOTARY PUBLIC

My Commission Expires July 1 2017            My Commission Expires July 1 2017

OFFICIAL SEAL
NAZISH AHMED
Notary Public, Georgia
CHATHAM COUNTY
My Commission Expires
JULY 1, 2017

OFFICIAL SEAL
NAZISH AHMED
Notary Public, Georgia
CHATHAM COUNTY
My Commission Expires
JULY 1, 2017

2

## Sebastian Ahmed Loan Agreement

**THIS LOAN AGREEMENT** ("Agreement") is formalized on the 3rd of January, 2017 by and between Altaf Ahmed ("Altaf Ahmed" or "Lender") and Sebastian Ahmed (the "Borrower"), and with Sebastian Ahmed CPA LLC, and AdAscent Media LLC, and Serenity Ranch Recovery, LLC, and Medi MD, LLC, and Arnica Health (collectively the "Borrowers"), hereinafter referred to as the "Parties."

**WHEREAS**, Sebastian Ahmed has had on-going loan transactions with the Lender since April 15, 2015 (the "LOAN DATE") for the purposes of specific and general investment opportunities;

**WHEREAS**, the Parties signed an Agreement on February 23, 2016 (the "Loan and Investment Agreement" or the "2016 Agreement"), to acknowledge that Lender has loaned to the Borrower an amount of approximately **$450,000.00** (the "2016 PRINCIPAL LOAN BALANCE") at a rate of approximately **16%** per year for the purposes of Investment in various Real Estate and Business ventures;

**WHEREAS**, the Parties have identified additional investment opportunities in 2016 and came to a meeting of the minds on or about July 17, 2016 and now wish to revise the 2016 Agreement in writing;

**WHEREAS**, the Parties now agree that, as of the date of this agreement, the Lender has loaned to the Borrower an amount of approximately **$500,000.00** (the "2017 PRINCIPAL LOAN BALANCE") at a rate of approximately **16%** per year for the purposes of Investment in various entities;

**WHEREAS**, the Borrower has withdrawn the amount of approximately **$500,000.00** through jointly held bank accounts from HSBC, Citi Bank, Wells Fargo Bank, Bank of America, and PNC bank;

**WHEREAS**, the Parties further acknowledge that, as of the date of this agreement, the 2017 Principal Loan Balance along with accrued interest of **$139,500** owed by the Borrower to the Lender is now approximately **$639,500.00** (the "2017 PRINCIPAL & INTEREST BALANCE") at a rate of **16%** per year for the purposes of Investment in the entities named above;

**WHEREAS**, any real estate acquired through said investment shall be primarily titled in the name of the Lender until the Loan and interest is fully repaid, and Borrower shall earn a 2% management fee per month for the properties acquired by this investment, contingent upon those properties being placed on the market and successfully gain rental income for the benefit of the Lender;

**WHEREAS**, the Parties may modify this Agreement in writing with mutual consent.

So agreed to on this **3rd** day of **January, 2017**.

_____ 01 MAR 2017
Altaf   Ahmed
**Lender**

_____
Sebastian Ahmed
**Borrower**

3

**Severability**

If any Article, Section or portion thereof is determined to be unenforceable or invalid, such unenforceability or invalidity will not affect the remaining Articles, Sections or portions thereof, as the case may be, of this Agreement and such unenforceable or invalid Article, Section or portion thereof will be deemed to be severed from the remainder of this Agreement. No covenant or provision, or part or parts thereof, will be deemed dependent on any other covenant or provision unless so expressed herein.

**Governing Law**

This Agreement will be governed by and construed in accordance with the laws of the State or Country where it is presented. In the event of the death of the Lender, the property owed to the Lender will become part of the Lenders Estate and be governed and distributed in accordance with Islamic Law.

So agreed to on this **3rd** day of **January, 2017**.

_____        _____
Altaf   Ahmed                                                   Sebastian Ahmed
**Lender**                                                         **Borrower**

IN WITNESS WHEREOF the parties have hereunto set their hands and seals.

**SIGNED, SEALED AND DELIVERED**

**IN THE PRESENCE OF**

_____        _____
Witness

_____        _____
Witness



**Ahmed Family Investments**
**Altaf Ahmed – Principal**
**B21 Block Q |North Nazimabad, Karachi, Pakistan**

Page 2

| | |
|---|---|
| Loan Partial Discharge Amount September 27, 2018: | $67,500.00 |
| Loan Partial Discharge Amount October 4, 2018: | $400,000.00 |
| Loan Partial Discharge Amount October 9, 2018: | $91,000.00 |
| Loan Partial Discharge Amount October 9, 2018: | $125,000.00 |
| **Total Discharge Balance:** | **$683,000.00** |

_____
Altaf Ahmed
**Lender**

_____
Sebastian Ahmed
**Borrower**

Sworn and subscribed to me on _____
NOTARY PUBLIC
My Commission Expires _____

Sworn and subscribed to me on _____
NOTARY PUBLIC
My Commission Expires _____



